

## INTERESTS AND LIABILITIES AGREEMENT
(the "Agreement")

of

## NATIONAL LIABILITY & FIRE INSURANCE COMPANY
(the "Subscribing Reinsurer")

with respect to the

## PROPERTY CATASTROPHE EXCESS OF LOSS REINSURANCE CONTRACT
(the "Contract")

between

## OLYMPUS INSURANCE COMPANY
Jacksonville, Florida
and
**any and all companies engaged in the business of entering into contracts of insurance as an indemnitor which are now or hereafter come under the same ownership or control, or management as Olympus Insurance Company**
(the "Company")

The Subscribing Reinsurer shall have the following share(s) in the interests and liabilities of the "Reinsurer" as set forth in the Contract attached hereto and executed by the Company:

> 0.00% of the First Excess of Loss
> 59.00% of the Second Excess of Loss
> 27.50% of the Third Excess of Loss
> 20.00% of the Fourth Excess of Loss
> 10.00% of the Fifth Excess of Loss
> 15.00% of the Sixth Excess of Loss

This Agreement shall become effective at 12:00:01 a.m., Local Time, June 1, 2023, with respect to losses arising out of Loss Occurrences commencing at or after that time and date, and shall remain in force until 12:00:01 a.m., Local Time, June 1, 2024, unless earlier terminated in accordance with the attached Contract.

The share of the Subscribing Reinsurer in the interests and liabilities of the "Reinsurer" shall be several and not joint with the share of any other subscribing reinsurer. In no event shall the Subscribing Reinsurer participate in the interests and liabilities of the other subscribing reinsurers.

**IT IS HEREBY AGREED**, as respects the Subscribing Reinsurer's share in the attached Contract, that the following shall apply:

1. Paragraphs B., C, and D. of the Exclusions Article of the Contract shall be deleted and the following substituted therefor:

    B. If the Company inadvertently issues a Policy falling within the scope of one or more of the preceding exclusions, such Policy shall be covered hereunder, provided that the Company issues, or causes to be issued, the required notice of cancellation within



30 days after a member of the executive or managerial staff at the Company's home office having underwriting authority in the class of business involved becomes aware that the Policy applies to excluded classes, unless the Company is prevented from canceling said Policy within such period by applicable statute or regulation, in which case such Policy shall be covered hereunder until the earliest date on which the Company may cancel. This provision shall not apply to exclusion(s) 4, 5, 6, 10, 11, 12, 13, 14 and 15 of paragraph A above.

C.  Should any legislative, judicial or regulatory entity having jurisdiction invalidate any exclusion in the Company's Policy that is also the subject of one or more of the exclusions herein, then a loss for which the Company is liable because of such invalidation shall not be excluded hereunder. This provision shall not apply to exclusion(s) 4, 5, 6, 10, 11, 12, 13, 14 and 15 of paragraph A above.

D.  The exclusions detailed in paragraph A of this Article shall not apply when they are merely incidental to the main operations or exposure of the insured, provided such main operations or exposures are also covered by the Company and are not themselves excluded from the scope of this Contract. The Company shall be the sole judge of what is "incidental." This provision shall not apply to exclusion(s) 4, 5, 6, 10, 11, 12, 13, 14 and 15 of paragraph A above.

2.  Paragraph A. of the Retention and Limit Article of the Contract shall be deleted and the following substituted therefor:

    A.  As respects each excess layer of reinsurance coverage provided by this Contract, the Company shall retain and be liable for the first amount of Ultimate Net Loss, shown as "Company's Per Occurrence Retention" for that excess layer in Schedule A attached hereto, arising out of each Loss Occurrence. Notwithstanding the foregoing, it is further understood and agreed that coverage shall only be provided under the Second Excess Layer for losses arising from Named Storms. The Reinsurer shall then be liable, as respects each excess layer, for the amount by which such Ultimate Net Loss exceeds the applicable Company's Retention, but the liability of the Reinsurer under each excess layer shall not exceed the amount shown as "Reinsurer's Per Occurrence Limit" for that excess layer in Schedule A attached hereto, as respects any one Loss Occurrence, nor shall it exceed the amount shown as "Reinsurer's Contract Limit" for that excess layer in Schedule A attached hereto, as respects all loss or losses arising out of Loss Occurrences commencing during the Term of this Contract.



3. The Reinstatement Article of the Contract shall be deleted and the following substituted therefor:

**REINSTATEMENT**

A. In the event all or any portion of the reinsurance under any excess layer of reinsurance coverage provided by this Contract is exhausted by Ultimate Net Loss, the amount so exhausted shall be reinstated immediately from the time the Loss Occurrence commences hereon. For each amount so reinstated the Company shall pay no additional premium.

B. Notwithstanding anything stated herein, the liability of the Reinsurer for Ultimate Net Loss under any excess layer of reinsurance coverage provided by this Contract shall not exceed either of the following:

1. The amount, shown as "Reinsurer's Per Occurrence Limit" for that excess layer in Schedule A attached hereto, as respects loss or losses arising out of any one Loss Occurrence; or

2. The amount, shown as "Reinsurer's Contract Limit" for that excess layer in Schedule A attached hereto, in all during the Term of this Contract.

4. Paragraphs A. and B. of the Reinsurance Premium Article of the Contract shall be deleted and the following substituted therefor:

A. As premium for each excess layer of reinsurance coverage provided by this Contract, the Company shall pay the Reinsurer the greater of the following:

1. The amount shown as "Annual Minimum and Deposit Premium" for that excess layer in Schedule A attached hereto (or a pro rata portion thereof in the event the Term of this Contract is less than 12 months); or

2. The percentage, shown as "Exposure Rate" for that excess layer in Schedule A attached hereto, multiplied by the Company's Total Insured Value with respect to business covered hereunder.

B. The Company shall pay the Reinsurer an annual minimum and deposit premium for each excess layer of the amount shown as "Annual Minimum and Deposit Premium" for that excess layer in Schedule A attached hereto, in two equal installments of the amount, shown as "Deposit Premium Installment" for that excess layer in Schedule A attached hereto, on June 1 and July 15 of 2023. However, in the event this Contract is terminated, no deposit premium installments shall be due after the effective date of termination.



5. Paragraph A. of the Offset Article of the Contract shall be deleted and the following substituted therefor:

   **OFFSET**

   A. The Company or the Reinsurer may offset any balance, whether on account of premium, return of unearned premium, commission, claims or losses, Loss Adjustment Expense, salvage, or otherwise, due from one party to the other under this Contract or under any other contract heretofore or hereafter entered into between the Company and the Reinsurer. If the Company (including all affiliates, whether or not covered by this Contract) is comprised of more than one entity, all such entities will be considered the Company for the purposes of offset. However, in the event of any form of regulatory supervision or receivership of either the Company or the Reinsurer, offset shall be permitted in accordance with the terms of this Article and as otherwise permitted by applicable law.

6. Schedule A of the Contract shall be deleted in its entirety and substituted with the Schedule A attached to this Agreement.

7. The Sanctions Article of the Contract shall be deleted in its entirety and the following substituted therefor:

   **SANCTIONS**

   No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

**IN WITNESS WHEREOF,** the Subscribing Reinsurer by its duly authorized representative has executed this Contract as of the date specified below:

Signed this __27th__ day of __July__, 20__23__.

NATIONAL LIABILITY & FIRE INSURANCE COMPANY (Reinsurer).

By ___Scott R. Doerr - SVP___

Printed Name ___Scott R. Doerr___

Title ___Senior Vice President___

Reinsurer's Ref. #. PA-6893



## SCHEDULE A

### PROPERTY CATASTROPHE EXCESS OF LOSS
### REINSURANCE CONTRACT
### Effective: June 1, 2023

### OLYMPUS INSURANCE COMPANY
### Jacksonville, Florida

|  | First Excess | Second Excess | Third Excess | Fourth Excess | Fifth Excess | Sixth Excess |
|---|---|---|---|---|---|---|
| Company's Per Occurrence Retention | $6,000,000 | $15,000,000 | $42,500,000 | $78,600,000 | $103,700,000 | $190,600,000 |
| Reinsurer's Per Occurrence Limit | $9,000,000* | $27,500,000 | $36,100,000 | $25,100,000 | $86,900,000 | $27,800,000 |
| Reinsurer's Contract Limit | $9,000,000 | $55,000,000 | $72,200,000 | $50,200,000 | $173,800,000 | $55,600,000 |
| Exposure Rate | 0.0059% | 0.0492% | 0.0441% | 0.0213% | 0.0358% | 0.0089% |
| Annual Minimum and Deposit Premium | $4,050,000 | $33,550,000 | $30,092,960 | $14,497,760 | $24,410,210 | $6,102,100 |
| Deposit Premium Installment | $1,012,500 | $16,775,000 | $15,046,480 | $7,248,880 | $12,205,105 | $3,051,050 |

\* Coverage under the First Excess Layer is first subject to an annual aggregate retention of $9,000,000 of Ultimate Net Loss otherwise recoverable thereunder, in accordance with paragraph B. of the Retention and Limit Article.



# OLYMPUS INSURANCE COMPANY
## Jacksonville, Florida

# PROPERTY CATASTROPHE EXCESS OF LOSS
# REINSURANCE CONTRACT



# TABLE OF CONTENTS

| **ARTICLE** | | **PAGE** |
|---|---|---|
| I | BUSINESS COVERED | 1 |
| II | TERM | 1 |
| III | SPECIAL TERMINATION | 2 |
| IV | TERRITORY | 4 |
| V | EXCLUSIONS | 5 |
| VI | RETENTION AND LIMIT | 7 |
| VII | REINSTATEMENT | 7 |
| VIII | REINSURANCE PREMIUM | 8 |
| IX | DEFINITIONS | 9 |
| | Act of Terrorism | 9 |
| | Loss Adjustment Expense | 9 |
| | Extra Contractual Obligations / Loss in Excess of Policy Limits | 10 |
| | Policy | 10 |
| | Term of this Contract | 11 |
| | Runoff Reinsurer | 11 |
| | Ultimate Net Loss | 11 |
| X | OTHER REINSURANCE | 11 |
| XI | LOSS OCCURRENCE | 12 |
| XII | FHCF AND RAP LOSS REIMBURSEMENT | 14 |
| XIII | ACCESS TO RECORDS | 14 |
| XIV | AGENCY | 15 |
| XV | ARBITRATION | 15 |
| XVI | CONFIDENTIALITY | 16 |
| XVII | CURRENCY | 17 |
| XVIII | ENTIRE AGREEMENT | 17 |
| XIX | ERRORS AND OMISSIONS | 18 |
| XX | FEDERAL EXCISE TAX | 18 |
| XXI | FUNDING OF RESERVES | 18 |
| XXII | GOVERNING LAW | 22 |
| XXIII | INSOLVENCY | 22 |
| XXIV | LATE PAYMENTS | 23 |
| XXV | LIABILITY OF THE REINSURER | 24 |
| XXVI | LOSS NOTICES AND SETTLEMENTS | 25 |

| | | |
|---|---|---|
| XXVII | NET RETAINED LINES | 25 |
| XXVIII | NON-WAIVER | 26 |
| XXIX | NOTICES AND CONTRACT EXECUTION | 26 |
| XXX | OFFSET | 26 |
| XXXI | SALVAGE AND SUBROGATION | 27 |
| XXXII | SANCTIONS | 27 |
| XXXIII | SERVICE OF SUIT | 27 |
| XXXIV | SEVERABILITY | 28 |
| XXXV | TAXES | 28 |
| XXXVI | INTERMEDIARY | 28 |

Schedule A

Nuclear Incident Exclusion Clause - Physical Damage - Reinsurance - U.S.A.

Electronic Data Exclusion B (NMA2915)

Limited Communicable Disease Exclusion No. 2 (LMA5503)