IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL LIABILITY & FIRE               CASE NO. 8:23-cv-02954-VMC-SPF
INSURANCE COMPANY,

      Plaintiff,

vs.

GALLAGHER RE, INC.

      Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, NATIONAL LIABILITY & FIRE INSURANCE COMPANY, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of the above-styled cause.

Respectfully submitted this 25th day of January 2024.

                                  Respectfully Submitted,

                                  SEGAL McCAMBRIDGE
                                  SINGER & MAHONEY, LTD.
                                  *Attorneys for Plaintiff*
                                  200 East Las Olas Blvd., Suite 1820
                                  Fort Lauderdale, FL 33301
                                  Telephone:  954-765-1001
                                  Facsimile:   954-765-1005

                                  By:  *s/ Ilana B. Olman*_____
                                      **ILANA B. OLMAN**
                                      Florida Bar No.: 106066

iolman@smsm.com
AGNIESZKA N. RODRIGUEZ
Florida Bar No.: 1010199
arodriguez@smsm.com

ibopleadings@smsm.com
*(for email service only)*